BOARDWALK HOTELS CORPORATION, RELATOR, v. JOHN W. CONWAY, SUPERINTENDENT, ETC., ATLANTIC CITY ET AL., DEFENDANTS.

Argued January 16, 1929—Decided January 30, 1929.

Before Justices MINTURN, BLACK and CAMPBELL.

For the relator, *Merritt Lane.*

For the defendants, *Joseph B. Perskie.*

PER CURIAM.

A rule to show cause was allowed in this cause; why a writ of *mandamus,* alternative or peremptory, should not issue to the authorities of Atlantic City commanding them to issue to the relator a permit for the erection of an hotel, upon the property located in Atlantic City, known as the "Gordon Pier."

Our reading of the depositions taken under the rule allowed in the case and to be used at the argument of the rule leads us to the conclusion that an alternative writ of *mandamus* should issue, and this will be the order of the court.